IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:09CR3021 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| OTIS JONES, | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion to suppress (filing 102), motion for writ of mandamus (filing 103), and motion for informa pauperis (filing 104) are denied.

Dated August 16, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge