IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:09CR3021 |
| V. | ) | |
| OTIS JONES, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion to suppress (filing 106) and motion "for a All Writs Act" (filing 107) are denied.

DATED this 26th day of November, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge